# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| PAUL ZENAK, | : | No. 57 EAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| POLICE ATHLETIC LEAGUE OF | : | |
| PHILADELPHIA, CITY OF | : | |
| PHILADELPHIA, | : | |
| | : | |
| Respondents | : | |
| | | |
| PAUL ZENAK, | : | No. 58 EAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| POLICE ATHLETIC LEAGUE OF | : | |
| PHILADELPHIA, CITY OF | : | |
| PHILADELPHIA, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 7th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.